Eudeen Y. Chang, Bar No. 211721
EChang@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
YIN DU WONTON NOODLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>648 PACIFIC LLC, a California Limited Liability Company; YIN DU WONTON NOODLE INC., a California Corporation,<br><br>Defendants. | Case No. 4:21-cv-07534-HSG<br><br>**ORDER SUSTAINING STIPULATION TO VACATE DEFAULT ENTERED ON DECEMBER 7, 2021 AGAINST DEFENDANT YIN DU WONTON NOODLE INC.** |

Based on the stipulation of the parties and good cause appearing, the Court ORDERS that the default entered on December 7, 2021, against Defendant Yin Du Wonton Noodle Inc., is hereby vacated, and Defendant is ordered to answer the complaint within 10 days of the Court's order.

IT IS SO ORDERED.

Dated: 12/10/2021

The Honorable Haywood S. Gilliam, Jr.
United States District Judge