PERKINS COIE LLP
Eudeen Y. Chang, Bar No. 211721
EChang@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858.720.5700

Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000

Attorneys for Defendant
YIN DU WONTON NOODLE INC.

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Tel: (858)375-7385; Fax (888)422-5191
Amandas@potterhandy.com

Attorneys for Plaintiff
ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>648 PACIFIC LLC, a California Limited Liability Company; YIN DU WONTON NOODLE INC., a California Corporation,<br><br>Defendants. | Case No. 4:21-cv-07534-HSG<br><br>**JOINT STIPULATION TO EXTEND DISMISSAL DEADLINE**<br><br>Judge:   Haywood S. Gilliam |

-2-

Plaintiff Orlando Garcia ("Plaintiff") and Defendant Yin Du Wonton Noodle Inc. ("Defendant") hereby stipulate to extend the deadline to file Dismissal to May 16, 2022. The Parties are yet to finalize the terms of the settlement and require additional time to finalize the Agreement, collect the signatures, and to comply with the terms of the Agreement.

Dated:  April 1, 2022            **PERKINS COIE LLP**

By: */s/Aaron J. Ver*
    Eudeen Y. Chang
    Aaron J. Ver

Attorneys for Defendant
YIN DU WONTON NOODLE INC.

Dated:  April 1, 2022            **CENTER FOR DISABILITY ACCESS**

By: */s/Amanda Seabock*
    Amanda Seabock
    Prathima Price
    Dennis Price

Attorneys for Plaintiff
ORLANDO GARCIA

**SIGNATURE ATTESTATION**

 I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 1, 2022            **PERKINS COIE LLP**

                    By: */s/ Aaron J. Ver*_____
                    Eudeen Y. Chang
                    Aaron J. Ver

                    Attorneys for Defendant
                    YIN DU WONTON NOODLE INC.

1  PERKINS COIE LLP
2  Eudeen Y. Chang, Bar No. 211721
   EChang@perkinscoie.com
3  11452 El Camino Real, Ste 300
   San Diego, California 92130-2080
4  Telephone: 858.720.5700

5  Aaron J. Ver, Bar No. 295409
   AVer@perkinscoie.com
6  505 Howard Street, Suite 1000
   San Francisco, California 94105
7  Telephone: 415.344.7000

8  Attorneys for Defendant
   YIN DU WONTON NOODLE INC.
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   ORLANDO GARCIA,                          Case No. 4:21-cv-07534-HSG
13
           Plaintiff,                       **ORDER SUSTAINING JOINT STIPULATION TO EXTEND DISMISSAL**
14
       v.
15
   648 PACIFIC LLC, a California Limited    Date Action Filed:   September 28, 2021
16 Liability Company; YIN DU WONTON         Current Deadline:    April 1, 2022
   NOODLE INC., a California Corporation,   New Deadline:        May 16, 2022
17
           Defendants.
18

19     On March 31, 2022, Yin Du Wonton Noodle ("Defendant") filed a Joint Stipulation

20 whereby the Parties agreed to extend the deadline to file the Dismissal. Accordingly, the Court

21 hereby orders the Parties to file the Dismissal on or before May 16, 2022.

22     IT IS SO ORDERED.

23
   Dated:  4/4/2022                         /s/ Haywood S. Gilliam, Jr.
24                                          The Honorable Haywood S. Gilliam, Jr.
                                            United States District Judge
25

26

27

28

-1-