| | |
|---|---|
| 1 | PERKINS COIE LLP |
| 2 | Eudeen Y. Chang, Bar No. 211721<br>EChang@perkinscoie.com |
| 3 | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 4 | Telephone: 858.720.5700 |
| 5 | Aaron J. Ver, Bar No. 295409<br>AVer@perkinscoie.com |
| 6 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 7 | Telephone: 415.344.7000 |
| 8 | Attorneys for Defendant<br>YIN DU WONTON NOODLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>648 PACIFIC LLC, a California Limited Liability Company; YIN DU WONTON NOODLE INC., a California Corporation,<br><br>   Defendants. | Case No. 4:21-cv-07534-HSG<br><br>**ORDER SUSTAINING JOINT STIPULATION TO EXTEND DISMISSAL**<br><br>Date Action Filed:   September 28, 2021<br>Current Deadline:    June 16, 2022<br>New Deadline:         July 15, 2022 |

On June 16, 2022, Yin Du Wonton Noodle Inc. ("Defendant") filed a Joint Stipulation whereby the Parties agreed to extend the deadline to file the Dismissal. Accordingly, the Court hereby orders the Parties to file the Dismissal on or before July 15, 2022.

IT IS SO ORDERED.

Dated: 6/16/2022

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge