# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>648 PACIFIC LLC, a California Limited Liability Company; YIN DU WONTON NOODLE Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case No**. 4:21-cv-07534-HSG<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to August 15, 2022.

**IT IS SO ORDERED.**

Dated: 7/15/2022

_____
HONORABLE HAYWOOD S GILLIAM, JR.
United States District Judge